IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MORA,

        Plaintiff,                    No. CIV S-05-1742 GEB CMK P

    vs.

J.S. WOODFORD, et al.,

        Defendants.            <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a *certified* copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a *certified* copy of his prison trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a *certified* copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

/////

/////

1

1 failure to comply with this order will result in a recommendation that this action be dismissed
2 without prejudice.

4 DATED: September 6, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE