IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MORA,

       Plaintiff,                  No. CIV S-05-1742 GEB CMK P

   vs.

J.S. WOODFORD, et al.,

       Defendants.         ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a ***certified*** copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a ***certified*** copy of his prison trust account statement.

      In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a ***certified*** copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

/////

/////

1

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 6, 2005.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE