IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MORA,

        Plaintiff,                    No. CIV S-05-1742 GEB CMK P

    vs.

J.S. WOODFORD, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a *certified* copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint pursuant to the court's order of September 7, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 28, 2005 petition for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a *certified* copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.

DATED:  October 5, 2005.

                                                      /s/ Craig M. Kellison
                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE