IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Daniel Mora

        Plaintiff,                    No. CIV S-05-1742 GEB CMK P

    vs.

J.S. Woodford, et al.,

        Defendants.         <u>ORDER</u>

        Plaintiff has requested a second extension of time to file a ***certified*** copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint pursuant of the court's order of September 7, 2005. In support of his request, plaintiff states that prison officials have taken a long time to send him his inmate trust account statement, which he now must get certified. Also before the court is plaintiff's November 3, 2005 request for an "Injunctive Relief Against Harassment Form." Plaintiff is advised that there is no form for injunctive relief requests. Plaintiff's request for injunctive relief should be filed as a motion.

///

///

///

1  Good cause appearing, IT IS ORDERED that:

2  1.  Plaintiff is granted a thirty day extension from the date this order is filed to file a copy of his certified prison trust account statement and;

4  2.  Plaintiff is advised that any request for injunctive relief must be filed as a motion as there is no form for injunctive relief requests.  The Clerk of the Court is directed to term plaintiff's request (doc. 8), which was docketed as a "request for injunctive relief" instead of as a request for an injunctive relief form.

DATED:  November 7, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE