IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MORA,

    Plaintiff,                     No. CIV S-05-1742 GEB CMK P

    vs.

J.S. WOODFORD, et al.,

    Defendants.             <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file a certified copy of his prison trust account statement.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's November 3, 2005 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file a certified copy of his prison trust account statement.

DATED:  November 17, 2005.

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE