IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MORA,

      Plaintiff,                           No. CIV S-05-1742 GEB CMK P

     vs.

J.S WOODFORD,

      Defendants.

FINDINGS AND RECOMMENDATIONS

                         /

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is plaintiff's February 2, 2006 'Request Time Extension to File a Certified Copy of Defendants Prison Trust Account Statement Due to Prevention from Compling [sic] with order by Prison Officials." (Doc. 14.)

        A review of the docket reveals that on September 7, 2005, the court ordered plaintiff to provide, within thirty days, a certified copy of his prison trust account statement for the six months immediately preceding the filing of his complaint. Plaintiff has previously requested two extensions to file the trust account statement–one on September 28, 2005 and one on November 3, 2005. In his September 28, 2005 extension request, plaintiff stated that he was

///

1  having difficulties obtaining forms from the prison library.  Plaintiff based his November 3, 2005
2  request on the "uncontroleable [sic] time it has taken to...receive the ...Trust Account Statement.
3  Plus the possible lapse of time it might take to have the same certified."  (Doc. 9.)  On December
4  12, 2006, plaintiff requested an order directing CSP Sacramento to file a copy of plaintiff's prison
5  trust account statement directly with the court.

6         In an order filed January 9, 2006, the court denied plaintiff's request for an order
7  directing the prison to submit a copy of plaintiff's trust account statement directly to the court.
8  The court noted that it was not immediately apparent from plaintiff's filings what was the
9  immediate cause of the problems in his obtaining and providing to the court a copy of this trust
10 account statement.  The court stated that plaintiff would be provided with a final opportunity to
11 submit a certified copy of his prison trust account statement within thirty days.  If plaintiff was
12 unable to comply with this deadline, he was ordered to file a declaration signed under the penalty
13 of perjury detailing exactly how prison officials have refused to provide him with a copy of the
14 trust account statement.  Plaintiff was warned that failure to comply with the court's January 9,
15 2006, 2005 order would result in a recommendation that his complaint be dismissed without
16 prejudice. A copy of the order was served on the Director of the California Department of
17 Corrections at  Director 1515 S Street, Sacramento, California 95814.

18         Plaintiff has now filed another request for an extension of time.  He states that
19 "showing of court order for certified copy of defendants Prison Trust Account Statement for the
20 preceding six months of filing to this court started a deconsideration [sic] of presice [sic] issues."
21 Plaintiff states that he was denied access to the prison library three times in January, which
22 deprived him of "life, liberty [and] property, imposing a cruel and unusual punishment."  Plaintiff
23 has failed to detail how prison officials have prevented him from providing the court with a
24 certified copy of his prison trust account statement.
25 ///
26 ///

2

1   IT IS RECOMMENDED THAT this action be dismissed without prejudice.

2   These findings and recommendations are submitted to the United States District
3   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
4   days after being served with these findings and recommendations, plaintiff may file written
5   objections with the court.  The document should be captioned "Objections to Magistrate Judge's
6   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
7   specified time may waive the right to appeal the District Court's order. See Martinez v. Ylst, 951
8   F.2d 1153 (9th Cir. 1991).

10  DATED:  February 7, 2006.

                                                        _____
                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE

3